UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


JEREMY BROWN,

                    Petitioner,

v.                                        3:04-cr-137
                                          3:13-cv-012


UNITED STATES OF AMERICA,

                    Respondent.


**MEMORANDUM AND ORDER**


This is a *pro se* motion to vacate, set aside or correct sentence pursuant to 28 U.S.C.

§ 2255 filed by petitioner Jeremy Brown ("petitioner"). The § 2255 motion was received by

the court after the expiration of the one-year statute of limitation and petitioner was ordered

to show cause why his § 2255 motion should not be dismissed as untimely. Petitioner has

filed his response and contends that he is entitled to relief under the doctrine of equitable

tolling. The United States Attorney is hereby **ORDERED** to respond to petitioner's claim

that he is entitled to equitable tolling of the statute of limitation within thirty (30) days from

entry of this Order.


    **ENTER:**

                                    _____s/ Thomas W. Phillips_____
                                    United States District Judge