UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| JEREMY BROWN, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos. | 3:04-CR-137-PLR-CCS-1 |
| | ) | | 3:13-CV-12-PLR |
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Respondent. | ) | | |

## JUDGMENT ORDER

For the reasons expressed in the accompanying memorandum opinion, it is **ORDERED** and **ADJUDGED** that Petitioner's motions to amend [Doc. 43, 44, 49] are **GRANTED** and petition [Docs. 31, 49] is **DENIED** and **DISMISSED WITH PREJUDICE**. Petitioner's first request for an extension [Doc. 40] is **GRANTED nunc pro tunc**; his second request for an extension [Docs. 52] is **DENIED**. If Petitioner files a notice of appeal from this judgment, such notice of appeal will be treated as an application for a certificate of appealability, which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b) because he has failed to make a substantial showing of the denial of a federal constitutional right. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any such appeal from this judgment would be frivolous and not taken in good faith.

**IT IS SO ORDERED:**

_/s/ Pamela L. Reeves_
**UNITED STATES DISTRICT JUDGE**